Argued and submitted May 4, review dismissed as improvidently allowed
August 3,1995

In the Matter of the Compensation of
Thomas E. Edison, Claimant.

Thomas E. EDISON,
*Petitioner on Review,*

*v.*

JUDICIAL DEPARTMENT
and SAIF Corporation,
*Respondents on Review.*

(WCB 90-12890; CA A79872; SC S41599)

898 P2d 768

Kevin Keaney, of Pozzi Wilson & Atchison, Portland, argued the cause and filed the briefs for petitioner on review.

Michael O. Whitty, Special Assistant Attorney General, Salem, argued the cause for respondents on review. With him on the briefs were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Gillette, J., Presiding Justice, and Van Hoomissen, Fadeley, Unis, Graber, and Durham, Justices.**

MEMORANDUM OPINION

Review dismissed as improvidently allowed.

Fadeley and Durham, JJ., would not dismiss.

---

** Carson, C. J., did not participate in this decision.